UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEVON WALKER,

        Plaintiff,

    v.

CITY OF BREMERTON, C.M. CONTRACTOR FOR MEDICAID AT KITSAP COUNTY JAIL, DETECTIVE KEVIN CRANE, SERGEANT HALL, and STATE OF WASHINGTON,

        Defendants.

Case No. C10-5479RJB

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

    This matter comes before the court on plaintiff's Motion for Extension of Time. Dkt. 7. The court has reviewed the motion and the file herein.

    On July 13, 2010, the court issued an order, granting plaintiff's application to proceed *in forma pauperis* and directing him to file an amended complaint, curing the deficiencies identified in the court's order, not later than July 28, 2010. Dkt. 2.

    On August 5, 2010, plaintiff filed a motion for extension of time to respond to the court's July 13, 2010 order. Dkt. 7. Plaintiff contends that he did not receive the court's order in time for him to file an amended complaint.

    Plaintiff has shown good cause for an extension of time. Accordingly, plaintiff's motion for extension of time should be granted.

    Therefore, it is hereby

ORDER
Page - 1

1     **ORDERED** that plaintiff's Motion for Extension of Time (Dkt. 7) is **GRANTED**.  Not later than
2 September 3, 2010, plaintiff may file an amended complaint, curing the deficiencies identified in the
3 court's July 13, 2010 order.  If plaintiff fails to file an acceptable amended complaint, the court may
4 dismiss the case.

5     The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
6 party appearing *pro se* at said party's last known address.

7     DATED this 10th day of August, 2010.

*[signature]*

Robert J Bryan
United States District Judge

_____