UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEVON WALKER,

                    Plaintiff,

  v.

CITY OF BREMERTON, et al,

                    Defendants.

No. C10-5479RJB

ORDER VACATING DISMISSAL

This matter comes before the Court on Plaintiff's Amended Complaint (Dkt. 10) and on review of the file.

On July 7, 2010, Plaintiff filed a civil rights complaint and an application to proceed *in forma pauperis.* Dkt. 1. On July 13, 2010, the Court issued an order, granting Plaintiff's application to proceed *in forma pauperis* and directing him to file an amended complaint, curing the deficiencies identified in the court's order, not later than July 28, 2010. Dkt. 2.

On August 5, 2010, Plaintiff filed a motion for extension of time to respond to the Court's July 13, 2010 order. Dkt. 7. On August 11, 2010, the Court granted Plaintiff's motion for extension of time, providing until September 3, 2010 for Plaintiff to file an amended complaint that cures the deficiencies identified in the Court's July 13, 2010 order. Dkt. 8.

ORDER VACATING DISMISSAL - 1

On September 9, 2010, with no apparent amended complaint received, the Court issued an order dismissing Plaintiff's case without prejudice. Dkt. 9. On September 10, 2010, the Court's clerk filed an amended complaint received from Plaintiff on September 8, 2010. Dkt. 10. Although Plaintiff filed his amended complaint after the date afforded to Plaintiff in the Court's July 13, 2010 order, in the interest of fairness the Court should vacate the September 9, 2010 order dismissing Plaintiff's case.

In his complaint, Plaintiff, who is proceeding *in forma pauperis* and *pro se* in this matter, requests the appointment of counsel. Dkt. 10. Plaintiff contends that this is a very complex case and that it would be unjust for Plaintiff "to go on without counsel at this time." *Id.*

Under 28 U.S.C. § 1915(e)(1), the Court may request an attorney to represent any person unable to afford counsel. Under Section 1915, the Court may appoint counsel in exceptional circumstances. *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). To find exceptional circumstances, the Court must evaluate the likelihood of success on the merits and the ability of the petitioner to articulate the claims *pro se* in light of the complexity of the legal issues involved. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

In this case, Plaintiff is able to articulate his claims and raise issues before the Court. He requested and was afforded additional time to file an amended complaint, which he did in fact file. *See* Dkts. 7, 8, and 10. Moreover, Plaintiff has not shown that he is likely to succeed on the merits of the case. Plaintiff's motion for appointment of counsel should be denied. If the Court later determines exceptional circumstances exist to warrant appointment of counsel, it shall so order if Plaintiff qualifies.

Therefore, it is hereby **ORDERED** that:

(1) The Court's September 9, 2010 Order Dismissing Case (Dkt. 9) is **VACATED.**

ORDER VACATING DISMISSAL - 2

(2) Plaintiff's request for counsel (Dkt. 10) is **DENIED.**

(3) The Clerk is directed to send to Plaintiff via U.S. Mail one United States Marshalls Service "Process Receipt and Return" form for each Defendant named in Plaintiff's amended complaint (Dkt. 10).

(4) Plaintiff is directed to complete one United States Marshalls Service "Process Receipt and Return" form, to include the complete name and mailing address of the Defendant, for each Defendant listed in his amended complaint. If Plaintiff does not properly complete and return to the Court Clerk one United States Marshalls Service "Process Receipt and Return" form and one copy of his amended complaint for each Defendant named in Plaintiff's amended complaint (Dkt. 10) by no later than October 10, 2010, the Court may dismiss the case.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 10th day of September, 2010.

ROBERT J. BRYAN
United States District Judge

ORDER VACATING DISMISSAL - 3