1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

DEVON WALKER,

10                                        Plaintiff,

11        v.

12   CITY OF BREMERTON, et al,

13                                        Defendants.

No. C10-5479RJB

ORDER DISMISSING CASE WITHOUT
PREJUDICE

14

15        This matter comes before the Court on Plaintiff's Amended Complaint (Dkt. 10) and on

16   review of the file.

17        On July 7, 2010, Plaintiff filed a civil rights complaint and an application to proceed *in*

18   *forma pauperis.*  Dkt. 1.  On July 13, 2010, the Court issued an order, granting Plaintiff's

19   application to proceed *in forma pauperis* and directing him to file an amended complaint, curing

20   the deficiencies identified in the court's order, not later than July 28, 2010.  Dkt. 2.

21        On August 5, 2010, Plaintiff filed a motion for extension of time to respond to the

22   Court's July 13, 2010 order.  Dkt. 7.  On August 11, 2010, the Court granted Plaintiff's motion

23   for extension of time, providing until September 3, 2010 for Plaintiff to file an amended

24   complaint that cures the deficiencies identified in the Court's July 13, 2010 order.  Dkt. 8.

25

26

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

On September 9, 2010, with no apparent amended complaint received, the Court issued an order dismissing Plaintiff's case without prejudice.  Dkt. 9.  On September 10, 2010, the Court's clerk filed an amended complaint received from Plaintiff on September 8, 2010.  Dkt. 10.  Although Plaintiff filed his amended complaint after the date afforded, on September 10, 2010, the Court vacated the order dismissing this case.  Dkt. 11.  In its September 10, 2010 order, the Court directed Plaintiff to return a completed service form and a copy of his amended complaint by October 10, 2010 for each Defendant identified in his amended complaint, or risk dismissal of his case.  *Id.*

On review of the file, it is apparent that Plaintiff has failed to comply with the Court's September 10, 2010 order.  Accordingly, this case should be dismissed without prejudice.

Therefore, it is hereby **ORDERED** that Plaintiff's amended complaint (Dkt. 10) is **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this  18th  day of  October, 2010.

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 2